THE CITY OF NEW YORK, Appellant, *v.* MARTIN J. EVERY et al., Assessors of the Town of Olive, et al., Respondents.

THE CITY OF NEW YORK, Appellant, *v.* T. S. LENNOX et al., Assessors of the Town of Hurley, et al., Respondents.

THE CITY OF NEW YORK, Appellant, *v.* LORIN C. CODDINGTON et al., Assessors of the Town of Marbletown, et al., Respondents.

(Argued February 16, 1932; decided March 3, 1932.)

*Arthur J. W. Hilly, Corporation Counsel (Frank T. Fitzgerald and Jacob W. Block of counsel), for appellant.*
*John W. Eckert and Robert G. Groves for respondents.*

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.